IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| MILDRED C. TYLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No.5:04CV00356 SWW |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| CORRECTION, | * | |
| | * | |
| Defendant. | * | |

**Order**

On August 1, 2005, defendant served discovery requests on plaintiff. When plaintiff did not timely respond, defendant wrote her on September 6, 2005, requesting her responses. Defendant states plaintiff contacted him on September 12, 2005, and informed him she had retained counsel and had forwarded the information to him. Defendant's counsel then called the office of the attorney identified by plaintiff, but that attorney has not contacted defendant's attorney to confirm he is in fact representing plaintiff. In addition, no attorney has entered an appearance on plaintiff's behalf. The discovery deadline in this case was September 15, 2005, and defendant filed its motion to compel on September 14, 2005. Plaintiff failed to timely respond to the motion.

The Court finds that the motion to compel [docket entry 20] should be and is hereby granted. Plaintiff is ordered to provide the requested discovery to defendant within seven (7) days from the date of entry of this Order. Failure to do so may result in dismissal of plaintiff's case.

Also before the Court is defendant's motion for summary judgment. Plaintiff's response is due on October 13, 2005. Failure to timely respond to the motion for summary judgment may result in dismissal of plaintiff's case.

DATED this 3rd day of October, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE