IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| MILDRED C. TYLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:04CV00356 SWW |
| | * | |
| ARKANSAS DEPARTMENT OF CORRECTION, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Order, and Adjudged that plaintiff's complaint be and is hereby dismissed with prejudice.

DATED this 16th day of November 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE